

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00314-CR

DEMETRIUS STRONG,

Appellant

v.

THE STATE OF TEXAS,

Appellee

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 39,168

## MEMORANDUM  OPINION

Appellant Demetrius Strong pleaded guilty to possession of between one and four grams of methamphetamine.  The trial court found Strong guilty, assessed his punishment at ten years in prison, and placed him on five years' community supervision.  The trial court subsequently revoked Strong's community supervision and sentenced him to ten years in prison.  Strong appeals from the trial court's judgment.  We will affirm.

Strong's appointed counsel has filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See id.* at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, . . . decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 438 n.10 (1988). In our review, we have paid particular attention to the issues identified in Strong's *pro se* response to his counsel's brief in support of the motion to withdraw. After a review of the entire record in this appeal, we have determined the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment.

Counsel's motion to withdraw from representation of Strong is granted.

MATT JOHNSON
Justice


Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Affirmed
Opinion delivered and filed May 11, 2022
Do not publish
[CR25]

